1   JASON M. FRIERSON
    United States Attorney
2   District of Nevada
    Nevada Bar Number 7709
3   SUSAN CUSHMAN
    Assistant United States Attorney
4   501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
5   (702) 388-6336
    Susan.Cushman@usdoj.gov
6
    *Attorneys for the United States*
7

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

8

9   UNITED STATES OF AMERICA,            Case No. 2:24-mj-424-NJK

                                         Order Granting
10              Plaintiff,               **Motion for Government Attorney**
                                         **Appearance Under Local Rule IA 11-3**
11       v.

12  MYKALAI KONTILAI,
         aka MICHAEL CONTILE,
13
                Defendant.
14

15

16      The United States of America, by and through Assistant U.S. Attorney Susan

17  Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3,

18  that Sara Hallmark, Trial Attorney with the United States Department of Justice, Criminal

19  Division, Fraud Section, be permitted to appear before this Court in the above-captioned

20  case.

21  ///

22  ///

23  ///

24  ///

1    Ms. Hallmark is a member in good standing of the bars of the State of Maryland and

2  the District of Columbia, she is employed by the United States as an attorney, and, in the

3  course and scope of her employment, she has occasion to appear before the Court on behalf

4  of the United States in connection with the above-captioned matter.

5    Dated: May 17, 2024.

6

7                                                    Respectfully submitted,

8

                                                     */s/ Susan Cushman*_____
9                                                    SUSAN CUSHMAN
                                                     Assistant United States Attorney
10                                                   Chief, Criminal Division

11

12

13

14

15  IT IS SO ORDERED:      _____
                          HONORABLE NANCY J. KOPPE
                          UNITED STATES MAGISTRATE JUDGE
16

17
    Dated: May 17, 2024
18

19

20

21

22

23

24

                                        2