# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYKALAI KONTILAI,<br><br>Defendant. | Case No. 2:24-mj-00424-NJK<br><br>ORDER<br><br>(Docket No. 22) |

Pending before the Court is a motion to correct records. Docket No. 22. The motion contains no legal authority of any kind. *See id.* Accordingly, the motion is hereby **DENIED** without prejudice. *See* LCR 47-1 (motions must be supported by points and authorities).

IT IS SO ORDERED.

DATED: August 12, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1